UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRAVIS COLBY MILLS,

    Plaintiff,

v.

CARL EMMET LINAM, *et al.*,

    Defendants.

Case No. 3:18-cv-02133-JPG-GCS

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

The plaintiff has filed a motion to dismiss this case pursuant to a settlement agreement, presumably under Federal Rule of Civil Procedure 41(a)(2). (ECF No. 33.) The defendants have consented. (ECF No. 34.) For that reason, the Court **GRANTS** the motion to dismiss and **DISMISSES** this case **WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees. The Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: JULY 11, 2019**

                                                    *s/ J. Phil Gilbert*
                                                  **J. PHIL GILBERT**
                                                  **U.S. DISTRICT JUDGE**