# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRAVIS COLBY MILLS,

    Plaintiff,

v.

CARL EMMET LINAM, *et al.*,

    Defendants.

Case No. 3:18-cv-02133-JPG-GCS

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: July 11, 2019

                                              **MARGARET M. ROBERTIE,**
                                              **Clerk of Court**

                                              **BY:**   **s/Tina Gray**
                                                          **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**